Mark Zeichner
Ronald M. Neumann
ZEICHNER ELLMAN & KRAUSE LLP
1211 Avenue of the Americas
New York, New York  10036
(212) 223-0400

Attorneys for Defendants
 *Citigroup, Inc. and Citibank, N.A.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NY COMMUNITY FINANCIAL, LLC, a Delaware Corporation,<br><br>                              Plaintiff,<br><br>- against -<br><br>CITIGROUP, INC., a Delaware Corporation, and CITIBANK, N.A., a wholly owned subsidiary of CITIGROUP, INC.,<br><br>                              Defendants. | Case No.:   15-CV-00862-DLC<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

ENTER my appearance as counsel in this case for defendants Citigroup, Inc. and Citibank, N.A.  I certify that I am admitted to practice in this Court.

Dated:   New York, New York
            March 16, 2015

                                                    ZEICHNER ELLMAN & KRAUSE LLP

                                                    By: /s/ Ronald M. Neumann
                                                    Ronald M. Neumann
                                                    Attorneys for Defendants
                                                       Citigroup, Inc. and Citibank, N.A.
                                                    1211 Avenue of the Americas
                                                    New York, New York  10036
                                                    (212) 223-0400

#801692