Form 27 - GENERAL PURPOSE                                                noel


P421328

        **THE VOLAKOS LAW FIRM PC**    KONSTANTINOS VOLAKOS ESQ
U S DISTRICT COURT SOUTHERN DISTRICT STATE OF NEW YORK
-------------------------------------------------------------
NY COMMUNITY FINANCIAL, LLC, A DELAWARE CORPORATION                     index No. 15 CV 862
                                                              PLAINTIFF     Date Filed
                                      - vs -
CITIGROUP, INC., A DELAWARE CORPORATION, ETANO
                                                              DEFENDANT    Office No.
-------------------------------------------------------------           Court Date.
        STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

**RUDOLPH WRIGHT** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **24TH** day of **FEBRUARY, 2015** **1:20PM** at
                **ATTN: LEGAL DEPT. 399 PARK AVE.**
                **NEW YORK NY 10022**
I served a true copy of the **SUMMONS AND COMPLAINT, CIVIL COVER SHEET, ELECTRONIC CASE FILING RULES &INSTRUCTIONS, INDIVIDUAL JUDGE RULES.**
upon **CITIBANK, NA**
**the DEFENDANT** therein named by delivering to, and leaving personally with
**VIVIAN PALACIOS, AUTHORIZED TO ACCEPT**
a true copy of each thereof.
        Deponent describes the person served as aforesaid to the best of
deponent's ability at the time and circumstances of the service as follows.

                SEX: **FEMALE** COLOR: **WHITE** HAIR: **BLONDE**
                APP.AGE: **44** APP. HT: **5/5** APP. WT: **130**
                OTHER IDENTIFYING FEATURES


COMMENTS:


Sworn to before me this
26TH day of FEBRUARY, 2015

                                              RUDOLPH WRIGHT DCA LIC #2005320
                                              inSync Litigation Support, LLC
        JOYCE LAU                              75 MAIDEN LANE 11TH FLOOR
  **NOTARY** PUBLIC-STATE OF NEW YORK          NEW YORK, NY 10038
        No. 01-LA6296733                       Reference No: 1-KV-F-421328
     Qualified in Queens County
Certificate Filed in Albany, New York and Kings Counties
  My Commission Expires February 10, 2018