Form 07 - CORPORATION

noel


P421325

THE VOLAKOS LAW FIRM PC    KONSTANTINOS VOLAKOS ESQ
U S DISTRICT COURT SOUTHERN DISTRICT STATE OF NEW YORK
-------------------------------------------------------
NY COMMUNITY FINANCIAL, LLC, A DELAWARE CORPORATION
                                            PLAINTIFF
                         - vs -
CITIGROUP, INC., A DELAWARE CORPORATION, ETANO
                                            DEFENDANT
-------------------------------------------------------

index No. 15 CV 862
Date Filed

Office No.
Court Date.

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

**RUDOLPH WRIGHT** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **24TH** day of **FEBRUARY, 2015** **1:20PM** at
            **ATTN: LEGAL DEPT. 399 PARK AVE.**
            **NEW YORK NY 10022**
I served a true copy of the **SUMMONS AND COMPLAINT, CIVIL COVER SHEET, ELECTRONIC CASE FILING RULES &INSTRUCTIONS, INDIVIDUAL JUDGE RULES**.
upon **CITIGROUP, INC.**
a domestic corporation, the **DEFENDANT** therein named by delivering to, and leaving personally with
**VIVIAN PALACIOS, GENERAL AGENT**
a true copy of each thereof.
            Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows.

            SEX: **FEMALE** COLOR: **WHITE** HAIR: **BLONDE**
            APP.AGE: **44** APP. HT: **5/5** APP. WT: **130**
            OTHER IDENTIFYING FEATURES


COMMENTS:


Sworn to before me this
26TH day of FEBRUARY, 2015

            JOYCE LAU
    NOTARY PUBLIC-STATE OF NEW YORK
            No. 01-LA6296733
        Qualified in Queens County
Certificate Filed in Albany, New York and Kings Counties
    My Commission Expires February 10, 2018

RUDOLPH WRIGHT DCA LIC# 2005320
inSync Litigation Support, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 1-KV-F-421325