UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| NY COMMUNITY FINANCIAL, LLC, a Delaware Corporation | ) ) | |
| Plaintiff(s) | ) ) ) | 3/31/2015 |
| v. | ) ) | Civil Action No.: 15 CV 862 DLC |
| CITIGROUP, INC., a Delaware Corporation, and CITIBANK, N.A., a wholly owned subsidiary of CITIGROUP, INC., | ) ) ) ) ) | STIPULATION AND ORDER OF SUBSTITUTION OF COUNSEL FOR THE PLAINTIFF |
| Defendant(s) | | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel and pursuant to Local Civil Rule 1.4, that Konstantinos Volakos, Esq., principal of The Volakos Law Firm, P.C., hereby is substituted in place and in the stead of George Stavropoulos, Esq., of counsel to The Volakos Law Firm, P.C., as counsel of record for the Plaintiff, NY Community Financial, LLC, a Delaware Corporation.

PLEASE TAKE NOTICE that all pleadings, notices of hearing, and other filings in this matter be served upon the undersigned incoming counsel at the address set forth below.

Dated:   Brooklyn, New York
March 13, 2015

By: _____
George Stavropoulos, Esq.
Outgoing Counsel for Plaintiff
120 Bay Ridge Avenue
Brooklyn, New York 11220
Tel.:   718.836.4800
Fax:   646.304.2854
Email:  gest@stavlaw.com

By: _____
Konstantinos Volakos, Esq.
Incoming Counsel for Plaintiff
120 Bay Ridge Avenue
Brooklyn, New York 11220
Tel.:   718.836.4800
Fax:   646.304.2854
Email:  volakosesq@gmail.com

SO ORDERED

_____
The Honorable Denise L. Cote
United States District Judge

31st day of March, 2015