# ZEICHNER ELLMAN & KRAUSE LLP

1211 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10036
(212) 223-0400
FAX: (212) 753-0396
www.zeklaw.com

35 MASON STREET
GREENWICH, CT 06830
(203) 622-0900
FAX: (203) 862-9889

103 EISENHOWER PARKWAY
ROSELAND, NJ 07068
(973) 618-9100
FAX: (973) 364-9960

DIRECT DIAL
(212) 826-5350
Rneumann@zeklaw.com



April 8, 2015



4/9/2015

**BY ECF**

Honorable Denise L. Cote
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

**NY Community Financial, LLC v. Citigroup, Inc. and Citibank, N.A.**
**Case No.: 15-CV-00862-DLC**
**Request for Extension of Time to Respond to the Complaint**

Dear Judge Cote:

    We are counsel to defendants Citibank, N.A. and Citigroup, Inc. (collectively "Citibank"). We write pursuant to this Court's rules to approve an extension of time by which to respond to plaintiff's complaint to and including April 21, 2015. Citibank's response would otherwise be due April 10, 2015.

    We make this request in order to see if this case can be resolved prior to the date when Citibank would be required to answer or otherwise move for relief.

    Plaintiff's counsel has consented to this request. This is Citibank's second request for such an extension; Citibank's previous request was granted.

Respectfully submitted,

*Ronald Neumann*

Ronald M. Neumann

RMN:mzg

cc:   George Stavropoulos, Esq. (by email)

*Granted until 4/15/15. There shall be no further extension.*

*Denise Cote*
*4/9/15*