## ZEICHNER ELLMAN & KRAUSE LLP

1211 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10036
(212) 223-0400
FAX: (212) 753-0396
www.zeklaw.com

35 MASON STREET
GREENWICH, CT 06830
(203) 622-0900
FAX: (203) 862-9889

103 EISENHOWER PARKWAY
ROSELAND, NJ 07068
(973) 618-9100
FAX: (973) 364-9960

DIRECT DIAL
(212) 826-5350
Rneumann@zeklaw.com



April 9, 2015

**BY ECF**

Honorable Denise L. Cote
United States District Court
  Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

4/13/2015

**NY Community Financial, LLC v. Citigroup, Inc. and Citibank, N.A.**
**Case No.: 15-CV-00862-DLC**
**Request to Adjourn Initial Conference**

Dear Judge Cote:

We are counsel to defendants Citibank, N.A. and Citigroup, Inc. We write, with plaintiff's consent, to request an adjournment of the initial conference scheduled for April 17, 2015.

We make this request in order to provide some additional time to determine if this case can be resolved prior to the date of the initial conference.

This is the first request for an adjournment. The parties respectfully request that the initial conference be adjourned to May 15, 2015.

Respectfully submitted,

Ronald M. Neumann

RMN:mzg

cc: Konstantinos Volakos, Esq. (by ECF)

*The conference is adjourned to 5/15 at 9:30 a.*

*April 10, 2015*

805545