**THE VOLAKOS LAW FIRM, P.C.**   **Konstantinos Volakps, Esq.**
Partner, Admitted in New York

120 Bay Ridge Avenue, Brooklyn, NY 11220  t.718.836.4800/f.646.304.2854
volakosesq@gmail.com

May 12, 2015

*Via E-File*
Chambers of the Honorable Denise L. Cote
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    *New York Community Financial, LLC v. CitiGroup, Inc. et al*
             Case No.: 1:15-cv-00862 (DLC)

To Whom It May Concern:

    I am writing you this letter to formally request an adjournment of the May 15th, 2015 Pre Trial Conference in contemplation of dismissal. The Defendants have consented to an adjournment of the matter as well. The parties have verbally agreed to settle the aforementioned matter, and are in the process of drafting a settlement agreement and stipulation of discontinuance that will be executed by all parties.
    If you have any questions, please do not hesitate to give me a call at 718.836.4800.

                                        Respectfully yours,

                                        Konstantinos Volakos, Esq.

Enc.