UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :
NY COMMUNITY FINANCIAL, LLC, a         :    15cv0862 (DLC)
Delaware Corporation,                  :
                                       :      ORDER OF
            Plaintiff,                 :    DISCONTINUANCE
                                       :
      -v-                              :
                                       :
CITIGROUP, INC., a Delaware            :
Corporation, and CITIBANK, N.A., a     :
wholly owned subsidiary of CITIGROUP,  :
INC.,                                  :
                                       :
            Defendants.                :
-------------------------------------- X

DENISE COTE, District Judge:

   It having been reported to this Court that this case has been settled, it is hereby

   ORDERED that the above-captioned action is hereby discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

   IT IS FURTHER ORDERED that the Initial Pretrial Conference currently scheduled for May 15 is adjourned sine die.

Dated:   New York, New York
         May 12, 2015

                                    _____
                                           DENISE COTE
                                    United States District Judge